UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE FERNANDEZ,<br><br>                            Plaintiff,<br><br>                 -against-<br><br>SUSHI VIDA, INC.,<br><br>                            Defendant. | 25-CV-9886 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The Court's Order of December 8, 2025, required the parties to file a joint letter by January 26, 2026 to inform the Court about whether they have reached a settlement. ECF No. 5. If the parties have not reached a settlement, the Court ordered the parties to request in their joint letter that the Court either (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial pretrial conference.

The parties failed to timely submit the joint letter. IT IS HEREBY ORDERED that the parties file the joint letter as soon as possible and no later than February 6, 2026.

Dated:  January 30, 2026
           New York, New York

                                                    SO ORDERED.

                                                    _Jessica Clarke_
                                                    _____
                                                    JESSICA G. L. CLARKE
                                                    United States District Judge