UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FELIPE FERNANDEZ, on behalf of himself and all others similarly situated,

                                        Plaintiff,

                    -against-

SUSHI VIDA, INC.,

                                        Defendant.

---

25-CV-9886 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the joint letter due February 6, 2026, is adjourned *sine die*. IT IS FURTHER ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **March 6, 2026**. Plaintiff shall file any accompanying motion for class certification by the same date. *See In re Longfin Corp. Sec. Class Action Litig.*, No. 18-CV-2933 (DLC), 2020 WL 4345731 (S.D.N.Y. July 29, 2020).

Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: February 18, 2026
       New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge