

# STEIN | SAKS, PLLC

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
RAMI M. SALIM▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

March 13, 2026

**Via CM/ECF**
The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York

**MEMO ENDORSED**

RE:   *Fernandez v. Sushi Vida, Inc.*
Case No. 7:25-cv-09886-JGLC

Dear Judge Clarke:

Pursuant to the Order entered on March 9, 2026, Plaintiff submits the within request.

Plaintiff received the Clerk's Certificate of Default on February 3, 2026 but did not send it out to the Defendant March 6, 2026. Plaintiff requests an additional thirty (30) days to file for a Default Judgment against the Defendant to allow time for the Defendant to make an appearance on this matter. Plaintiff does not intend on filing for class certification at this time.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully Submitted,

/s/ Rami Salim
Rami Salim, Esq.
*Attorney for Plaintiff*

cc:   All Counsel of Record via ECF

Application GRANTED. Plaintiff shall file a motion for default judgment no later than April 13, 2026.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: March 16, 2026
White Plains, New York